12156.   SCOTT v. SANDERS.

HILL, J.   This is the second time this case has been before this court.   All
the facts and evidence on the second trial of the case being substan-
tially the same as on the first trial, the case is controlled by the former
decision of this court.   *Scott* v. *Sanders,* 25 *Ga. App.* 21 (102 S. E.
370).

   *Judgment reversed.   Jenkins, P. J., and Stephens, J., concur.*
                        DECIDED JUNE 6, 1921.

   Trover; from city court of Dublin — Judge Sturgis.   January,
1921.

   *S. P. New,* for plaintiff in error.